UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **JOHN C. CHEEKS**, *et al.*, <br><br> **Plaintiffs,** <br><br> v. <br><br> **FORT MYER CONSTRUCTION CORPORATION**, *et al.*, <br><br> **Defendants.** | Case No. 14-cv-00914 (RCL) |

## DISTRICT OF COLUMBIA DEFENDANTS' MOTION[1] TO DISMISS THE AMENDED COMPLAINT

Defendants Government of the District of Columbia ("District"), Mayor Vincent Gray, Executive Office of the Mayor ("EOM"), D.C. Department of Small & Local Business Development ("DSLBD"), DSLBD Director Robert N. Summers, former DSLBD Director Harold B. Pettigrew, District of Columbia Office of Contracting and Procurement ("DCOCP"), Chief Procurement Officer and Director of DCOCP James Staton, Jr., D.C. Department of Transportation ("DDOT"), and former DDOT Director Terry Bellamy (collectively, the "District Defendants"), by and through their counsel, the Office of the Attorney General for the District of Columbia, respectfully move this Court, pursuant to Fed. R. Civ. P. Rules 12 (b)(1), 12(b)(5), and 12(b)(6), to dismiss the Amended Complaint ("Am. Compl.") with prejudice.

The grounds for this motion are:

- Plaintiffs John C. Cheeks ("Cheeks") and Cheeks of North America, Inc. ("CNA") lack standing to pursue their claims under 18 U,S,C. § 1961, *et seq.* ("RICO") and 15 U.S.C.§ 1 ("Sherman Act") for the District's non-award of contracts to CNA;

---

[1] During the final preparation of this submission, it was determined that Mr. Bellamy has not been properly served. A motion to quash will be filed on his behalf. However, he is included as a movant in this motion in an abundance of caution.

- The Plaintiffs whose identities and claims are filed under seal (the "Unidentified Plaintiffs") lack standing to prosecute their RICO claims;

- All Plaintiffs fail to state a RICO claim upon which relief can be granted against any District Defendant;

- All Plaintiffs fail to state a claim pursuant to 42 U.S.C. § 1981 upon which relief can be granted against any District Defendant;

- Defendants Mayor Gray, Director Staton, and Director Summers should be dismissed from this action and the District substituted as defendant because each is sued solely in his official capacity, and these official capacity suits are redundant of Plaintiffs' claims against the District of Columbia;

- Defendants D.C. Department of Small & Local Business Development, the Executive Office of the Mayor, and District of Columbia Office of Contracting and Procurement, are *non sui juris* entities;

- Plaintiffs have failed to serve Defendants Bellamy and Pettigrew with the Complaint or Amended Complaint; and

- Plaintiffs have failed to serve the District Defendants with complete copies of the Original and/or Amended Complaint.

These grounds are set forth in greater detail in the accompanying memorandum of points and authorities in support of this motion. Alternative proposed orders are submitted herewith.

Date: July 25, 2014            Respectfully submitted,

                               IRVIN B. NATHAN
                               Attorney General for the District of Columbia

                               ELLEN A. EFROS
                               Deputy Attorney General
                               Public Interest Division

                               /s/ Grace Graham
                               GRACE GRAHAM, D.C. Bar No. 472878
                               Chief, Equity Section

/s/ Thomas L. Koger
THOMAS L. KOGER, D.C. Bar No. 427921
Senior Assistant Attorney General
Office of the Attorney General, DC
441 Fourth Street, NW
Washington, DC 20001
Telephone: (202) 727-4170
Email: thomas.koger@dc.gov

*Counsel for the District Defendants*