UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JOHN C. CHEEKS, et al.,

     Plaintiffs,

  v.

FORT MYER CONSTRUCTION
CORPORATION, et al.,

     Defendants.

Civil No. 1:14-cv-00914 (RCL)

## ORDER

Upon consideration of defendants' Motions to Compel [ECF Nos. 13, 14], plaintiffs'

Motion for a Hearing [ECF No. 20], plaintiffs' Motion to Amend/Correct the Civil Cover Sheet

[ECF No. 23], defendants' Unopposed Motions for Extension of Time to File a Response [ECF

Nos. 25, 28, 29, 30, 32, 33, 34, 39, 40], defendants' Motions for a More Definite Statement [ECF

Nos. 43, 44, 47, 49, 52], defendants Motions to Dismiss Plaintiffs' First Amended Complaint

[ECF Nos. 46, 48, 51], plaintiffs' Motion for an Extension of Time to File a Response [ECF No.

53], plaintiffs' Cross-Motion for Leave to Amend and File a Second Amended Complaint [ECF

No. 56], oppositions, replies, the record therein, the applicable law, and for the reasons stated in

the accompanying Memorandum Opinion, it is hereby

**ORDERED** that plaintiffs show cause why defendant CNA Surety (defendant #16)

should not be dismissed from this action.  It is further

**ORDERED** that the District of Columbia Department of Public Works was not included

as a defendant in plaintiffs' First Amended Complaint and is therefore **DISMISSED**. It is further

**ORDERED** that the party "One or More Plaintiffs whose Identities and Claims are Filed Under Seal Who Were Damaged in their Business or Property or Employment by the Unlawful Tortious Acts of Defendants Herein" is **DISMISSED**.  It is further

**ORDERED** that defendants' Unopposed Motions for Extension of Time to File a Response and plaintiffs' Motion for an Extension of Time to File a Response are **GRANTED** *nunc pro tunc*.  It is further

**ORDERED** that defendants' Motions to Compel, plaintiffs' Motion for a Hearing, plaintiffs' Motion to Amend/Correct the Civil Cover Sheet, and plaintiffs' Cross-Motion for Leave to Amend and File a Second Amended Complaint are **DENIED**.  It is further

**ORDERED** that defendants' Motions for a More Definite Statement shall be **GRANTED** and plaintiffs shall file a Motion for Leave to File a Second Amended Complaint to comply with the requirements noted in the accompanying Memorandum Opinion.  It is further

**ORDERED** that defendants' Motions to Dismiss shall be **GRANTED** and this case shall stand **DISMISSED** as to defendants Chairman Phil Mendelson (defendant #27), Councilmembers Mary Cheh (defendant #28), Jim Graham (defendant #29), David Grosso (defendant #30), Kenyan McDuffie (defendant #31), Tommy Wells (defendant #32), and the Committee on Transportation and the Environment (defendant #26) ("Council defendants"), Western Surety Company (defendant #15), Paul T. Bruflat (defendant #17) ("Western Surety defendants"), the District of Columbia (defendant #18), Mayor Vincent Gray (defendant #19), the Executive Office of the Mayor (defendant #20), D.C. Department of Small and Local Business Development (defendant #21), Robert N. Summers (defendant #22), Harold B. Pettigrew (defendant #23), the District of Columbia Office of Contracting and Procurement

(defendant #24), James D. Staton (defendant #25), the District of Columbia Department of Transportation (defendant #40), and Terry Bellamy (defendant #41) ("District defendants").

**SO ORDERED.**

Signed Royce C. Lamberth, United States District Judge, on October 17, 2014.